## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Alan Thomas,

        Plaintiff,                Civil 05-10 (PAM/JSM)

v.                              **ORDER OF DISMISSAL**

Minneapolis Police Officer Villamor,
et al.,

        Defendants.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: September   26  , 2006

                                                      s/Paul A. Magnuson
                                                      Paul A. Magnuson, Judge
                                                      United States District Court